```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
 :
AKBAR ALI GREENE, *on behalf of himself and on behalf of* :
*others similarly situated*, :
 :
 :                              1:22-cv-00723-GHW
                    Plaintiffs, :
 :                              ORDER
         -against- :
 :
TEITEL BROS., INC., d/b/a TEITEL BROTHERS :
WHOLESALE AND RETAIL GROCERY :
COMPANY, EDWARD TEITEL, and GILBERT :
TEITEL :
 :
                    Defendants. :
 :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court will hold a teleconference on November 7, 2022 at 3:00 p.m. to discuss Plaintiff Nejel A. Moreno's notice of acceptance of offer of judgment and proposed judgment. *See* Dkt. Nos. 55, 56. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: November 3, 2022
       New York, New York
                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge