USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AKBAR ALI GREENE, DAMIEN HASSAN, ERIC JENKINS, CALVAIN LOPEZ, JUAN MARQUEZ, FRANCISCO SANTANA and LAMONT WHEELER, on behalf of themselves and others Similarly situated,

                Plaintiffs,

  -against-

TEITEL BROS., INC., doing business as TEITEL BROTHERS WHOLESALE AND RETAIL GROCERY COMPANY, and GILBERT TEITEL, EDWARD TEITEL, and WILLIAM FASSBENDER, individually,

                Defendants.
-------------------------------------------------------------------X

Case No 22 CV 723 (GHW)

## JUDGMENT

On October 27, 2022 Plaintiff NEJEL A. MORENO filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff NEJEL A. MORENO have judgment against Defendants TEITEL BROS., INC., doing business as TEITEL BROTHERS WHOLESALE AND RETAIL GROCERY COMPANY, and GILBERT TEITEL, EDWARD TEITEL, and WILLIAM FASSBENDER, individually (collectively "Defendants"), jointly and severally, in the amount of TWENTY-TWO THOUSAND FIVE HUNDRED AND 00/100 ($22,500.00) DOLLARS which is inclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure.

There being no just reason for delay, the Clerk of Court is directed to enter this judgment in favor of Plaintiff NEJEL A. MORENO, as set forth herein.

SO ORDERED.

Dated: November 16, 2022
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge