UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  GREENE, et al.,

                                                    Plaintiffs,

                              -against-

TEITEL BROS. INC., et al.,

                                                    Defendants.
-------------------------------------------------------------X

```
┌────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____         │
│ DATE FILED:  9/13/2023          │
└────────────────────────────────┘
```

**ORDER**

**22-CV-723 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), Plaintiffs Francisco Santana and Juan Marquez and Defendants, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements).  This Court has held a settlement conference and worked with Plaintiffs Santana and Marquez and the Defendants to determine an agreement that represents a reasonable compromise of the claims pertaining to Plaintiffs Santana and Marquez asserted in this action, and, in light of the totality of the relevant circumstances, it is hereby ORDERED that:

      1.      The Court finds that the terms of the proposed settlement agreement are fair, reasonable, and adequate, both to redress Plaintiffs Santana and Marquez's claims in this action and to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2.      In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3.      As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued as to Plaintiffs Santana and Marquez with prejudice and without costs.

4.      The Clerk of Court is directed to terminate Plaintiffs Santana and Marquez from this case.

**SO ORDERED.**

Dated: September 13, 2023
        New York, New York

KATHARINE H. PARKER
United States Magistrate Judge