```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  GREENE, et al.,
```

|  |  |
|---|---|
| Plaintiffs, | **ORDER** |
| -against- | 22-CV-723 (GHW) |

TEITEL BROS. INC., et al.*,*

Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), Plaintiffs Eric Jenkins, Damien Hassan, and Lamont Wheeler (the "Settling Plaintiffs") and Defendants, having reached an agreement in principle to resolve the action, placed their proposed settlement agreement before this Court on the record on December 4, 2023 for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). As set forth in more detail on the record:

1. The Court finds that the terms of the settlement agreement are fair, reasonable, and adequate, both to redress the Settling Plaintiffs' claims in this action and to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2. In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement, if necessary.

3. As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued as to Plaintiffs Jenkins, Hassan, and Wheeler with prejudice and without costs.

4. The Clerk of Court is directed to terminate Plaintiffs Jenkins, Hassan, and Wheeler from this case.

5. Counsel for the remaining parties shall jointly write the court no later than **January 31, 2024**, to advise on the status of Plaintiff Akbar Ali Greene's claims and any settlement progress.

**SO ORDERED.**

Dated: December 5, 2023
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge