USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AKBAR ALI GREENE, et al.,

                    Plaintiffs,

      -against-

TEITEL BROS. INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

**ORDER RESCHEDULING STATUS CONFERENCE**

**22-CV-723 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephonic Status Conference in this matter scheduled for Thursday, April 4, 2024, at 4:00 p.m. is hereby rescheduled to **Thursday, May 9, 2024 at 4:00 p.m.**  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

        **SO ORDERED.**

Dated: April 3, 2024
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge