# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW

60 East 42nd Street – 40th Floor
New York, New York 10165
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2024

**MEMO ENDORSED**

May 7, 2024

**JOINT MOTION TO ADJOURN
MAY 9, 2024 TELEPHONE CONFERENCE**

> **APPLICATION GRANTED:** The telephonic Status Conference in this matter scheduled for Thursday, May 9, 2024 at 4:00 p.m. is hereby rescheduled to <u>Monday, June 10, 2024 at 4:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 05/08/2024

<u>**BY ECF**</u>

Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Akbar Ali Greene  v. Teitel Bros., Inc., et al.
<u>Case No.  22 Civ. 0723  (KHP)</u>

Dear Judge Parker,

<u>Plaintiff respectfully files this motion to adjourn the telephone conference scheduled for May 9, 2024 at 4:00 p.m.</u> The parties are discussing settlement and we respectfully request approximately two (2) additional weeks to continue our good-faith negotiations. <u>This will be the first adjournment of this conference.</u>

<u>This is a joint request and no other deadlines will be affected.</u>

Thank you for your consideration of this case.

Respectfully submitted,

CILENTI & COOPER, PLLC

By: /s/ Peter H. Cooper
_____
Peter Hans Cooper

cc:   Counsel of Record