```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  GREENE, et al.,

                                      Plaintiffs,                    ORDER

                     -against-                                       22-CV-723 (GHW)

TEITEL BROS. INC., et al.,

                                      Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), Plaintiffs Eric Jenkins, Damien Hassan, Calvain Lopez and Defendants reached an agreement modifying the payments and payment schedule of their previously approved settlement and placed that modified agreement and the reasons therefore on the record for the Court's approval. Plaintiff Akbar Ali Greene and Defendants also having reached an agreement in principle to resolve the action have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements).

This Court has held a settlement conference and worked with the parties to assist them in reaching an agreement that represents a reasonable compromise of the claims pertaining to Plaintiffs Greene, Hassan, Lopez, and Jenkins asserted in this action, and, in light of the totality of the relevant circumstances, with which this case is well familiar, it is hereby ORDERED that:

1

1. The Court finds that the terms of the proposed settlement agreement and modified settlement agreement as placed on the record are fair, reasonable, and adequate, both to redress the Settling Plaintiffs claims in this action and to compensate Plaintiffs' counsel for their legal fees, and the agreement is therefore approved.

2. In accordance with the parties' request, this Court will retain jurisdiction over this matter for the purpose of enforcing the settlement agreement and modified settlement agreement, if necessary.

3. As a result of the Court's approval of the parties' proposed settlement, this action is hereby discontinued with prejudice and without costs.

4. The Clerk of Court is directed to close this case on the Docket of the Court.

**SO ORDERED.**

Dated: June 28, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge